CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 9 2010

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. 7:06CR00107 |
|  | ) | (Case No. 7:10CV80228) |
| v. | ) ) | **FINAL JUDGMENT AND ORDER** |
|  | ) |  |
| ANTWANIQUE TYRELL BANKS, | ) ) | By: Glen E. Conrad |
|  | ) | United States District Judge |
| Defendant. | ) |  |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** as untimely and without merit, and the action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This _26_ day of March, 2010.

_____
United States District Judge